Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>　　　　　　Defendant(s). | No. C23-0268JHC<br><br>SCHEDULING ORDER |

| | |
|---|---|
| Deadline for Defendant to Produce Copy of Administrative Record to Plaintiff | July 27, 2023 |
| Deadline for Parties to File Copy of Administrative Record | February 23, 2024 |
| Deadline for Parties to file FRCP 52 Motions for Trial on the Administrative Record (not to exceed 30 pages) | March 22, 2024 |
| Response Briefs due (not to exceed 30 pages) | April 19, 2024 |

　　　The Court declines to set a trial date at this time, but will do so in consultation with counsel after submission of the parties' briefing.

　　　If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on

the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed. R. Civ. P. 16(b)(3)(B)(v).

If the administrative record in this case requires more than one PDF on CM/ECF, the filing party must identify the page range for each PDF (*e.g.*, "Attachments: # 1 AR 1 – 982 (Part 1 of 4), # 2 AR 983 – 1699 (Part 2 of 4)," and so on).

Should this case settle, counsel shall notify Ashleigh Drecktrah as soon as possible at Ashleigh_Drecktrah@wawd.uscourts.gov. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

DATED: June 27, 2023.

    s/ Ashleigh Drecktrah
Ashleigh Drecktrah, Deputy Clerk to
Hon. John H. Chun, Judge
(206) 370−8520

SCHEDULING ORDER – 2