UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:23-cv-00268-JHC<br><br>**ORDER** |

    THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Deadline to File Dismissal/Settlement Papers, Dkt. # 19, and the Court having reviewed the joint motion and being otherwise fully advised, now, therefore:

    It is hereby ORDERED that the deadline for the Parties to file dismissal/settlement papers be extended to May 20, 2024.

    Dated this 5th day of April, 2024.

*/s/ John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE