UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH, | Case No. 2:23-cv-00268-JHC |
| Plaintiff, | **ORDER** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Deadline to File Dismissal/Settlement Papers (Dkt. # 21), and the Court having reviewed the joint motion and being otherwise fully advised, now, therefore:

It is hereby ORDERED that the deadline for the Parties to file dismissal/settlement papers be extended to July 22, 2024.

Dated this 22nd day of May, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE