UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-00268-JHC<br><br>**ORDER** |

　　　THIS MATTER comes before the Court on the Parties' Joint Motion to Extend Deadline to File Dismissal/Settlement Papers, Dkt. # 23, and the Court having reviewed the joint motion and being otherwise fully advised, now, therefore:

　　　ORDERS that the deadline for the Parties to file dismissal/settlement papers be extended to September 5, 2024.

　　　Dated this 22nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE