UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH, | Case No. 2:23-cv-00268-JHC |
| Plaintiff, | **ORDER** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend Deadline to File Dismissal/Settlement Papers. Dkt. # 25. The Court GRANTS the motion. The deadline for the Parties to file dismissal/settlement papers is now November 5, 2024. The Court may decline to grant any further extensions.

Dated this 5th day of September, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE