UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-00268-JHC<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Dismissal Pursuant to FRCP 41(a)(2). Dkt. # 27. The Court GRANTS the motion and DISMISSES this matter with prejudice.

Dated this 12th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　
John H. Chun
UNITED STATES DISTRICT JUDGE